# United States District Court
## Violation Notice

VA65

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7555692 | AWAJE | 1274 |

7555692

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐CFR ☐USC ☐State Code |
|---|---|
| 7/26/19 1000 | 36 CFR 4.12 |

Place of Offense

Colonial NHP @ K-S eastbound

Offense Description: Factual Basis for Charge          HAZMAT ☐

Fail to obey Traffic Control Device
"Do Not Pass" Passing in no passing zone

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| SHELL | GREG | A |

Street Address

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 693JP3 | MA | 10 | AUDI A4 | | GRAY |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 80   Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ 120   Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| U.S. District Courthouse 2400 West Avenue Newport News, VA 23607 | 10/15/2019 |
| | Time (hh:mm) 0830 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 09/2015)          Original - CVB Copy

CVB SCAN 08/19/2019 16:22

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20_____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____

The foregoing statement is based upon:

☐ my personal observation          ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
        Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
        Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident

CVB SCAN 08/19/2019 16:22